**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   12-cr-00378-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.  JESUS GARCIA, a/k/a Jesse,

    Defendant.

---

ORDER FOR TIME SERVED

---

    PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Wiley Y. Daniel, Senior United States District Judge, on December 19, 2013, it is hereby

    ORDERED that Defendant Jesus Garcia is sentenced to **TIME SERVED.**

    Dated:  December 19, 2013.

                                 BY THE COURT:

                                 /s/ Wiley Y. Daniel
                                 WILEY Y. DANIEL,
                                 SENIOR UNITED STATES DISTRICT JUDGE