**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | December 19, 2013 | Probation: | Katrina Devine |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Janet Coppock | | |

Criminal Case No:   **12-cr-00378-WYD**         Counsel:

UNITED STATES OF AMERICA,                   Stephanie Podolak

      Plaintiff,

v.

**5.  JESUS GARCIA, a/k/a Jesse**,              Leslee A. Barnicle

      Defendant.

**SENTENCING**

**2:35 p.m.**       Court in Session - Defendant present (in-custody)

> **Change of Plea Hearing - Thursday, September 5, 2013, at 10:00 a.m.
> Plea of Guilty - Count One of Information.**

      APPEARANCES OF COUNSEL.

      Court's opening remarks.

2:36 p.m.       Statement and argument on behalf of Government (Ms. Podolak).

2:37 p.m.       Statement and argument on behalf of Defendant (Ms. Barnicle).

2:42 p.m.       Statement on behalf of Probation (Ms. Devine).

2:42 p.m.       Statement by Defendant on his own behalf (Mr. Garcia).

        Court makes findings.

**ORDERED:** Government's Motion for Three Level Departure for Acceptance of Responsibility [ECF Doc. No. 321], filed December 3, 2013, is **GRANTED.**

**ORDERED:** Government's Motion for Sentence Reduction Pursuant to Section 5K1.1 of the Sentencing Guidelines [ECF Doc. No. 320], filed December 3, 2013, is **GRANTED.**

**ORDERED:** Defendant be **imprisoned** for **TIME SERVED.**

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **1** year.

**ORDERED:** **Conditions** of **Supervised Release** are:

(X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X) Defendant shall not commit another federal, state or local crime.

(X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X) Defendant shall comply with standard conditions adopted by the Court.

(X) Defendant shall not unlawfully possess a controlled substance.

(X) The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of placement on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X) The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

(X) The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**   Government's Motion to Dismiss Remaining Counts [ECF Doc. No. 319], filed December 3, 2013, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:**   Defendant is **REMANDED** to the custody of the U.S. Marshal.

**2:48 p.m.**   Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   :13**